S. BRENT VOGEL
Nevada Bar No. 006858
Brent.Vogel@lewisbrisbois.com
ADAM GARTH
Nevada Bar No. 15045
Adam.Garth@lewisbrisbois.com
HEATHER ARMANTROUT
Nevada Bar No. 14469
Heather.Armantrout@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant Arshid Torkaman, DDS,*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| THE ESTATE OF JOHN CRONIN; JOCELYN CRONIN, individually, and as the surviving spouse of JOHN CRONIN; KYLEE CRONIN, individually, and as the natural daughter of JOHN CRONIN; SAM CRONIN, individually and as the natural son of JOHN CRONIN,<br><br>Plaintiffs,<br><br>vs.<br><br>G4 DENTAL ENTERPRISES LLC d/b/a G4 BY GOLPA, MIKE GOLPA, DDS, ANNA SHAGHARYAN, DMD, ARSHID TORKAMAN, DDS, SCOTT YOUNG, DO; individually, DOE MEDICAL DOCTOR, I through X; DOE DENTAL ASSISTANT AND/OR EMPLOYEE DOES I through X; ROE COMPANIES XI through XX,<br><br>Defendants | Case No.  2:21-cv-00495-JCM-BNW<br><br>**STIPULATION AND ORDER OF REMAND AND WITHDRAWAL OF MOTION TO REMAND** |

///

///

///

4830-2998-0131.1

COME NOW Defendant, ARSHID TORKAMAN, DDS, by and through his counsel of record, S. Brent Vogel, Esq., and Adam Garth, Esq. of the Law Firm LEWIS BRISBOIS BISGAARD & SMITH LLP, and Plaintiffs, THE ESTATE OF JOHN CRONIN; JOCELYN CRONIN; KYLEE CRONIN; and SAM CRONIN, by and through their counsel of record, Kimball Jones, Esq., and Siria Gutierrez, Esq. of BIGHORN LAW, hereby stipulate and agree that this matter be remanded to the Eighth Judicial District Court, Department 29, Case A-20-824239-C. The parties further stipulate that Plaintiffs' Motion to Remand (ECF No. 9) be withdrawn, with each party to bear their own fees and costs.

DATED this 1st day of April, 2021.    DATED this 1st day of April, 2021.

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP    BIGHORN LAW

/s/ *S. Brent Vogel*    /s/ *Kimball Jones*
S. Brent Vogel, Esq.    Kimball Jones, Esq.
Nevada Bar No. 6858    Nevada Bar No. 12982
Adam Garth, Esq.    Siria L. Gutierrez, Esq.
Nevada Bar No. 15045    Nevada Bar No. 11981
6385 South Rainbow Blvd., Suite 600    2225 E. Flamingo Road
Las Vegas, Nevada  89118    Bldg. 2, Suite 300
*Attorneys for Defendants*    Las Vegas, NV 89119
    *Attorneys for Plaintiffs*

### ORDER

Based upon the foregoing stipulation of the parties,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this matter be remanded to the Eighth Judicial District Court and that Plaintiffs' Motion to Remand be withdrawn, each party to bear their own fees and costs.

DATED April 2, 2021.

_____
UNITED STATES DISTRICT JUDGE

4830-2998-0131.1                                   2

Submitted by:

LEWIS, BRISBOIS, BISGAARD & SMITH, LLP

By:    /s/ S. Brent Vogel
      S. Brent Vogel, Esq.
      Nevada Bar No. 6858
      Adam Garth, Esq.
      Nevada Bar No. 15045
      6385 South Rainbow Boulevard, Suite 600
      Las Vegas, Nevada 89118
      Tel: 702.893.3383
      Fax:: 702.893.3789
      *Attorneys for Defendants*